U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NIKE, INC., Plaintiff, v. GEOX USA, INC. and GEOX S.P.A., Defendants. | JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NIKE, Inc.

07CV4062
JUDGE PALLMEYER
MAG. JUDGE NOLAN

| NAME (Type or print) |
|---|
| Erik S. Maurer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Erik Maurer |
| FIRM |
| Banner & Witcoff, Ltd. |
| STREET ADDRESS |
| 10 S. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06275467 | (312) 463-5000 |

FILED
JUL 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐