
JH

JUL 1 9 2007
Jul. 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**NIKE, INC.,**

**Plaintiff,**

**v.**

**GEOX USA, INC. and GEOX S.P.A.,**

**Defendants.**

07CV4062
JUDGE PALLMEYER
MAG. JUDGE NOLAN

**Jury Trial Demanded**

**NOTIFICATION OF AFFILIATES – STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff NIKE, Inc. states that it has no parent corporations and that no publicly held company owns 10% or more of its stock.

Dated: July 19, 2007

Respectfully submitted,

By: [signature]

Christopher J. Renk (06199012)
Erik S. Maurer (06275467)
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, Illinois 60606

Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Attorneys for Plaintiff,
NIKE, INC.

Dockets.Justia.com