FILED
JUL 19 2007
Jul. 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JH

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEOX USA, INC. and GEOX S.P.A., <br><br> Defendants. | 07CV4062 <br> JUDGE PALLMEYER <br> MAG. JUDGE NOLAN <br><br> Jury Trial Demanded |

### NOTICE OF CLAIM INVOLVING A PATENT UNDER LOCAL RULE 3.4

Notice of litigation involving a United States Patent and the information required by 35 U.S.C. § 290 is hereby provided pursuant to Local Rule 3.4. Plaintiff, NIKE, Inc., has its principal place of business at One Bowerman Drive, Beaverton, Oregon 97005. Defendant, Geox USA, Inc, has its principal place of business at 581 Main Street, Woodbridge, New Jersey 07095 and is a wholly owned subsidiary of Defendant Geox S.p.A. Defendant, Geox S.p.A, has its principal place of business at 31044 Montebelluna (TV), Via Feltrina Centro 16 (fraz. Biadene), Italy. NIKE, Inc. owns United States Patent No. D522,226, asserted in this action. Patent No. D522,226 lists inventor Andrew Caine.

|  |  |
|---|---|
| Dated: July 19, 2007 | Respectfully submitted,<br><br>By: _____<br>Christopher J. Renk (06199012)<br>Erik S. Maurer (06275467)<br>BANNER & WITCOFF, LTD.<br>10 S. Wacker Drive – Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br><br>Attorneys for Plaintiff,<br>NIKE, INC. |